# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CAROLYN JEFFERSON, as Personal Representative for the ESTATE OF DEMETRIUS WILLIAMS and DENEKA HOWARD as guardian of minor D.W. and SHERIKA STEPHENSON as guardian of minors J.W., H.W., and P.W. and LATOYA JOHNSON as guardian of minor A.W., | § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 2:21-cv-00440-JRG |
| COUNTY OF HARRISON, TEXAS, and INVESTIGATOR DAVID BARNETTE, and DEPUTY NELSON VALLE, and INVESTIGATOR JANSSEN MARANTO, and INVESTIGATOR KEVIN JOHNSON, and LIEUTENANT RONALD ENGLAND, and INVESTIGATOR DAVID NEWSOME, | § § § § § § § § | |
| Defendants. | § | |

## MEDIATIOR'S REPORT

On March 23, 2022, the Court entered an Order Appointing Mediator (Dkt. 28) appointing the undersigned attorney as the mediator for the above referenced civil action. A mediation conference was thereafter conducted in this action on April 25, 2023. All parties and their counsel appeared and participated in the mediation. The case did not settle at mediation and an **IMPASSE** was declared.

The undersigned mediator remains available to assist with further mediation efforts in this action at the request of either the parties or the Court.

Dated: April 26, 2023

Respectfully submitted,

_____
ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

*Appointed Mediator*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 26th day of April, 2023.

_____

Andy Tindel